# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 12, 2014

## NO. 03-14-00172-CV

**Doria Rollmann and Edwin Rollmann, Appellants**

**v.**

**Educap, Inc., Appellee**

### APPEAL FROM 33RD DISTRICT COURT OF BURNET COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
### DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on December 18, 2013. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.